UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK J. POWELL, et al.,<br><br>Defendants. | No. 2:25-cv-0817 DJC AC PS<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding in this case in pro se and in forma pauperis. The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(21). Plaintiff's initial complaint was rejected pursuant to the screening process that accompanies in forma pauperis status, and plaintiff was ordered to file an amended complaint by June 17, 2025. ECF No. 6. Plaintiff asked for a 30 day extension of time (ECF No. 7), and that request was granted. ECF No. 8. Plaintiff moved for a second extension of time because he changed addresses. ECF No. 9. The court will grant this request, but notes that no further extension of time will be granted absent a showing of good cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 9) is GRANTED and plaintiff shall file an amended complaint no later than September 26, 2025.

////

2. If plaintiff fails to timely comply with this order, the undersigned will recommend that this action be dismissed for failure to prosecute.

DATED: August 27, 2025

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE