UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK J. POWELL, et al.,<br><br>　　　　Defendants. | No. 2:25-cv-0817 DJC AC PS<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On October 30, 2025 the Magistrate Judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 21 days. ECF No. 15. Plaintiff has filed objections to the findings and recommendations. ECF No. 16

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations filed October 30, 2025, are adopted in

1

full; and

    2. This action is dismissed, without prejudice, for lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 110; and

    3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **December 5, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Rodr0817.800